PAR PHARMACEUTICAL, INC., Alkermes Pharma Ireland Limited, Plaintiffs–Appellants

v.

TWI PHARMACEUTICALS, INC.,
Defendant–Appellee.

No. 2015–1880.

United States Court of Appeals,
Federal Circuit.

Dec. 15, 2015.

Daniel Brown, Latham & Watkins LLP, New York, N.Y., argued for plaintiffs-appellants. Plaintiff-appellant Par Pharmaceutical, Inc., also represented by Roger J. Chin, Gregory Sobolski, San Francisco, CA; Jonathan Y. Ellis, Gregory G. Garre, Michael J. Gerardi, Washington, DC; James Patrick Ulwick, Kramon and Graham, P.A., Baltimore, MD.

Maryellen Noreika, Morris, Nichols, Arsht & Tunnell LLP, Wilmington, DE, for plaintiff-appellant Alkermes Pharma Ireland Limited. Also represented by Jack B. Blumenfeld, Jeremy A. Tigan; James Patrick Ulwick, Kramon and Graham, P.A., Baltimore, MD.

Donald J. Mizerk, Husch Blackwell LLP, Chicago, IL, argued for defendant-appellee. Also represented by Philip Dale Segrest, Jr., John A. Sholar, Jr.

O'MALLEY, PLAGER, and WALLACH, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.